IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JAMES SWINFORD, JR.                                                                       PLAINTIFF

V.                                                           NO. 3:09CV062-P-A

JIMMY DEAN WHITTEN, et al.                                            DEFENDANTS

FINAL JUDGMENT

In accordance with the memorandum opinion issued this day, it is ORDERED:

1)      the Defendants' motion for summary judgment (docket entry 41) is GRANTED;

2)      the Plaintiff's complaint is DISMISSED; and

3)      this case is CLOSED.

IT IS SO ORDERED.

THIS the 17th day of February, 2011.

                                                           /s/ W. Allen Pepper, Jr.
                                                           W. ALLEN PEPPER, JR.
                                                           UNITED STATES DISTRICT JUDGE